AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | )  |
| v. | ) |
|  | ) Case No. 25-06320MJ |
|  | ) |
|  | ) |
| Julio Cesar Aguirre | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Julio Cesar Aguirre,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Attempted Carjacking, in violation of Title 18, United States Code, § 2119; Use and Discharge of a Firearm During and In Furtherance of a Crime of Violence, in violation of Title 18, United States Code, § 924(c)(1)(A)(iii); and Alien in Possession of a Firearm, in violation of Title 18, United States Code, §§ 922(g)(5)(A) and 924(a)(8).

Date:  07/02/2025

*Lynnette C. Kimmins*
Issuing officer's signature

City and state:  Tucson, Arizona

Lynnette C. Kimmins, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  July 2, 2025, and the person was arrested on *(date)*  July 2, 2025
at *(city and state)*  Tucson, Arizona.

Date:  7/3/2025

Arresting officer's signature

STEVEN MOLESKY, FBI SPECIAL AGENT
*Printed name and title*